873 A.2d 500

HAROLD G. BOE, PLAINTIFF–APPELLANT, v. STATE OF NEW
JERSEY, DEPARTMENT OF HUMAN SERVICES,
DEFENDANT–RESPONDENT.

April 6, 2005.

## ORDER

This matter having come before the Supreme Court on a grant
of plaintiff's petition for certification of the judgment of the
Appellate Division, reported at 367 *N.J.Super.* 572, 844 *A.*2d 531
(2004),

And the Court having reviewed the record and heard the oral
arguments of the parties,

And the Court thereafter having been informed that Acting
Governor Richard J. Codey signed A–779 into law as *L.* 2005, *c.*
55, on March 24, 2005,

And § 8 of *L.* 2005, *c.* 55, having provided that:

All liens filed against a person treated at a psychiatric facility as defined in
[*N.J.S.A.*] 30:4–27.2, prior to the effective date of [*L.* 2005, *c.* 55], are hereby
extinguished and shall have no legal effect. No new liens shall be filed by a
psychiatric facility on or after the effective date of [this act],

And § 11 of *L.* 2005, *c.* 55, having provided, in pertinent part,
that "the provisions of section 8 of this act shall take effect
immediately,"

And good cause appearing;

IT IS ORDERED that the opinion and judgment of the Appel-
late Division are vacated; and it is further

ORDERED that the within appeal is dismissed as moot.

Chief Justice PORITZ and Justices LONG, LaVECCHIA,
ZAZZALI, ALBIN, WALLACE, and RIVERA–SOTO join in the
Court's Order.